IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERESA D. FOLLIS )
) No. 3-13-0705
v. )
)
WAL-MART STORES EAST, LP )

O R D E R

Pursuant to the order entered December 2, 2013 (Docket Entry No. 23), counsel for the parties called the Court on December 10, 2013, at which time the following matters were addressed:

1. The parties generally described their settlement efforts and advised that it did not appear that settlement would be possible at this juncture in the case.

2. The time for the plaintiff to file a response to the defendant's pending motion to dismiss (Docket Entry No. 18) is extended to December 20, 2013. The defendant shall have until January 6, 2014, to file a reply, if necessary.

No other filings in support of or in opposition to the defendant's pending motion to dismiss shall be made after January 6, 2014, except with the express permission of the Honorable John T. Nixon.

There shall be no stay of discovery before the August 1, 2014, deadline for completion of all discovery despite the pendency of the defendant's motion to dismiss.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge